# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:17-CV-21188-JAL

Plaintiff:
**RENZO BARBERI**

vs.

Defendant:
**MARTINEZ BUY AND SELL WHOLESALE USED CARS, INC., d/b/a MARTINEZ AUTO BROKERS and CUTLER BAY 224, LLC, a Florida Limited Liability Company**

For:
RONALD STERN
THE ADVOCACY LAW FIRM, P.A.
1250 E. HALLANDALE BEACH BLVD
SUITE 503
HALLANDALE BEACH, FL 33009

Received by Ugobek Professional Services on the 31st day of March, 2017 at 6:00 pm to be served on **CUTLER BAY 224, LLC, REGISTERED AGENT: PRAHL, JOHN T., 12376 SW 82ND AVENUE, MIAMI, FL 33156**.

I, UGOCHUKWU NWABUEZE #850 #2240, being duly sworn, depose and say that on the **21st day of April, 2017 at 10:38 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **MANUELA RIVERA** as **ACCOUNT MANAGER** for **CUTLER BAY 224, LLC, REGISTERED AGENT: PRAHL, JOHN T.**, at the alternate address of: **8785 NW 13TH TERRACE, DORAL, FL 33172**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 26th day of April, 2017 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

UGOCHUKWU NWABUEZE #850 #2240
Process Server

Ugobek Professional Services
1210 SORRENTO DRIVE
WESTON, FL 33326
(954) 496-3604

Our Job Serial Number: UGO-2017000180

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0f