UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-21188-JAL

RENZO BARBERI,

    Plaintiff,

vs.

MARTINEZ BUY AND SELL WHOLESALE USED CARS, INC., a Florida Profit Corporation d/b/a MARTINEZ AUTO BROKERS and CUTLER BAY, 224, LLC, a Florida Limited Liability Company

    Defendants.
_____/

## PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT, CUTLER BAY 224, LLC

The Plaintiff, RENZO BARBERI, by and through undersigned counsel, hereby files this Motion for Entry of Clerk's Default against Defendant, CUTLER BAY 224, LLC, and in support thereof states as follows:

1. Plaintiff filed the instant action on March 30, 2017 [DE 1].

2. On April 21, 2017, Plaintiff obtained service on Defendant, CUTLER BAY 224, LLC. *See* [DE 8].

3. To date, the Defendant has not filed an Answer or any type of responsive pleading with the Court although it was required to do so.  The time has passed for a responsive pleading.

WHEREFORE, Plaintiff respectfully requests the Clerk of the Court to enter a default against Defendant, CUTLER BAY 224, LLC, for its failure to timely file an Answer or responsive pleading in this action.

Respectfully submitted,

By: <u>S/Ronald E. Stern</u>
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone:   (954) 639-7016
Facsimile:    (954) 639-7198
Attorney for Plaintiff, RENZO BARBERI

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-21188-JAL

RENZO BARBERI,

      Plaintiff,

      vs.

MARTINEZ BUY AND SELL WHOLESALE USED CARS, INC., a Florida Profit Corporation d/b/a MARTINEZ AUTO BROKERS and CUTLER BAY, 224, LLC, a Florida Limited Liability Company

      Defendants.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 25th day of May, 2017, I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or Via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                  By: S/Ronald E. Stern
                                  Florida Bar No. 10089
                                  THE ADVOCACY LAW FIRM, P.A.
                                  1250 East Hallandale Beach Blvd.
                                  Suite 503
                                  Hallandale Beach, Florida 33009
                                  Telephone:   (954) 639-7016
                                  Facsimile:   (954) 639-7198
                                  Attorney for Plaintiff, RENZO BARBERI

## SERVICE LIST:

RENZO BARBERI, Plaintiff, vs. MARTINEZ, JACQUELINE, an Individual d/b/a MARTINEZ AUTO BROKERS and CUTLER BAY 224, LLC, a Florida Limited Liability Company

United States District Court Southern District Of Florida

CASE NO. 17-cv-21188-JAL

SHAWN L.M. HAIRSTON, SR, ESQ.
FLORIDA BAR #110046
HAIRSTON LAW, P.A.
*ATTORNEY FOR MARTINEZ BUY AND SELL WHOLESALE USED CARS, INC.*
2525 PONCE DE LEON BLVD. SUITE 300
CORAL GABLES, FL 33134 PHONE: (305) 200-8784
SHAWN@HAIRSTONLAW.COM

**VIA CM/ECF**

**CUTLER BAY 224, LLC**

**REGISTERED AGENT:**

PRAHL, JOHN T
12376 S.W. 82ND AVENUE
PINECREST, FLORIDA 33156

**VIA U.S. MAIL**