UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-21188-JAL

RENZO BARBERI,

    Plaintiff,

vs.

MARTINEZ BUY AND SELL WHOLESALE USED CARS, INC., a Florida Profit Corporation d/b/a MARTINEZ AUTO BROKERS and CUTLER BAY, 224, LLC, a Florida Limited Liability Company

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT MARTINEZ BUY AND SELL WHOLESALE USED CARS, INC. d/b/a MARTINEZ AUTO BROKERS ONLY

Plaintiff, RENZO BARBERI, and Defendant, MARTINEZ BUY AND SELL WHOLESALE USED CARS, INC. d/b/a MARTINEZ AUTO BROKERS (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal with prejudice of Defendant MARTINEZ BUY AND SELL WHOLESALE USED CARS, INC. d/b/a MARTINEZ AUTO BROKERS Only. All parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement, and other than enforcement of said settlement agreement, agree not to file any additional motions in this matter. All parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

By: S/Ronald E. Stern
Ronald E. Stern, Esq.
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Attorney for Plaintiff, RENZO BARBERI

By: S/Shawn Hairston
SHAWN L.M. HAIRSTON, SR, ESQ.
HAIRSTON LAW, P.A.
2525 PONCE DE LEON BLVD. SUITE 300
CORAL GABLES, FL 33134 PHONE: (305) 200-8784
SHAWN@HAIRSTONLAW.COM
Attorneys for Defendant, MARTINEZ BUY AND
SELL WHOLESALE USED CARS, INC. d/b/a
MARTINEZ AUTO BROKERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-21188-JAL

RENZO BARBERI,

      Plaintiff,

      vs.

MARTINEZ BUY AND SELL WHOLESALE USED CARS, INC., a Florida Profit Corporation d/b/a MARTINEZ AUTO BROKERS and CUTLER BAY, 224, LLC, a Florida Limited Liability Company

      Defendant.
_____/

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on the July 3, 2017, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or Via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                               By: <u>S/Ronald E. Stern</u>
                               Ronald E. Stern, Esq.
                               Florida Bar No. 10089
                               THE ADVOCACY LAW FIRM, P.A.
                               1250 E. Hallandale Beach Blvd.
                               Suite 503
                               Hallandale Beach, Florida 33009
                               Telephone:   (954) 639-7016
                               Facsimile:   (954) 639-7198
                               Attorney for Plaintiff, RENZO BARBERI

## SERVICE LIST:

RENZO BARBERI vs. MARTINEZ BUY AND SELL WHOLESALE USED CARS, INC., a Florida Profit Corporation d/b/a MARTINEZ AUTO BROKERS and CUTLER BAY, 224, LLC, a Florida Limited Liability Company

United States District Court Southern District Of Florida

CASE NO. 17-cv-21188-JAL

### MARTINEZ BUY AND SELL WHOLESALE USED CARS, INC. d/b/a MARTINEZ AUTO BROKERS

SHAWN L.M. HAIRSTON, SR, ESQ.
FLORIDA BAR #110046
HAIRSTON LAW, P.A.
*ATTORNEY FOR MARTINEZ BUY AND SELL WHOLESALE USED CARS, INC.*
2525 PONCE DE LEON BLVD. SUITE 300
CORAL GABLES, FL 33134 PHONE: (305) 200-8784
SHAWN@HAIRSTONLAW.COM

**VIA CM/ECF**

### CUTLER BAY 224, LLC

**REGISTERED AGENT:**

PRAHL, JOHN T.
12376 SW 82ND AVENUE
PINECREST, FLORIDA 33156

**VIA U.S. MAIL**