**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 17-cv-21188-JAL

RENZO BARBERI,

    Plaintiff,

vs.

MARTINEZ BUY AND SELL WHOLESALE USED CARS, INC., a Florida Profit Corporation d/b/a MARTINEZ AUTO BROKERS and CUTLER BAY, 224, LLC, a Florida Limited Liability Company,

    Defendants.
_____/

## REPORT OF MEDIATION

COMES NOW, Kimberly A. Gilmour, Esq., the undersigned certified Mediator and reports to this Honorable Court that the second Mediation was held on February 6, 2018.

__X__      An Agreement was reached by the parties.

_____      No Agreement was reached.

_____      The parties agree to adjourn and reconvene for a Continuation of the Mediation on or before __/__/__. Notice of the date, time & place shall be furnished to all parties and filed with the Court.

_____      The parties wish to continue negotiating toward settlement with the assistance of the mediator. If no Notice of Post-Mediation Settlement is filed on or before __/__/__, the Court shall assume that an Impasse has occurred.

_____      A Post-Mediation Settlement was reached, as per information received on _____.

                                                      s/ Kimberly A. Gilmour, P.A.
                                                      KIMBERLY A. GILMOUR, ESQ.
                                                      Certified Mediator

I HEREBY CERTIFY that on the February 8, 2018, I electronically filed the foregoing

with the Clerk of Court using CM/ECF. I also certify that the aforementioned document is being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified via either transmission of Notices of Electronic Filing generated by CM/ECF or Via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST:

RENZO BARBERI, Plaintiff, vs. MARTINEZ BUY AND SELL WHOLESALE USED CARS, INC., a Florida Profit Corporation d/b/a MARTINEZ AUTO BROKERS and CUTLER BAY, 224, LLC, a Florida Limited Liability Company

United States District Court Southern District Of Florida

CASE NO. 17-cv-21188-JAL

Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1250 E. Hallandale Beach Blvd., Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile:  (954) 639-7198
Attorney for Plaintiff, RENZO BARBERI


SHAWN L.M. HAIRSTON, SR, ESQ.
HAIRSTON LAW, P.A.
2525 PONCE DE LEON BLVD. SUITE 300
CORAL GABLES, FL 33134
PHONE: (305) 200-8784
SHAWN@HAIRSTONLAW.COM
Attorneys for Defendant