UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-21188-JAL

RENZO BARBERI,

      Plaintiff,

vs.

CUTLER BAY, 224, LLC, a Florida
Limited Liability Company,

      Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE A JOINT STIPULATION OF DISMISSAL**

Plaintiff, RENZO BARBERI, by and through undersigned counsel, moves for an extension of time until December 24, 2018, to file a joint stipulation of dismissal and in support thereof states as follows:

1.  The parties to this action reached a confidential settlement as stated in the Mediation Report. [DE 90].

2.  On February 8, 2018, this Honorable Court entered an Order Dismissing Case upon the Mediation Report and required the parties to submit a joint stipulation of dismissal within fourteen (14) days. [DE 91].

3.  The terms of the parties' confidential settlement agreement state that the parties shall file a joint stipulation of dismissal within two (2) business days of completion of one of the terms of the agreement which has not yet been completed. The parties anticipate that such term shall be completed by December 22, 2018.

4. Therefore, the undersigned respectfully requests additional time, up to and including December 24, 2018, for the parties to file a joint stipulation of dismissal.

5. The undersigned counsel asserts that this motion for extension of time is made in good faith and not for dilatory reasons or an improper purpose.

6. In full compliance with Local Rule 7.1(A)(3), the undersigned certifies that he has conferred with counsel for the Defendant, Shan Hairston, Esq., who is in agreement with the relief requested in this motion.

WHEREFORE, Plaintiff respectfully requests this Honorable Court enter an Order providing the parties an extension of time, up to and including December 24, 2018, to file a Joint Stipulation of Dismissal.

Respectfully submitted,

By: s/Ronald Stern
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1250 E. Hallandale Beach Blvd.; Suite 503
Hallandale Beach, Florida 33009
Telephone:   (954) 639-7017
Facsimile:   (954) 639-7198
Attorney for Plaintiff, RENZO BARBERI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 17-cv-21188-JAL

RENZO BARBERI,

      Plaintiff,

      vs.

CUTLER BAY, 224, LLC, a Florida
Limited Liability Company,

      Defendant.
_____/

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on the 21st day of February 2018, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned document is being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified via either transmission of Notices of Electronic Filing generated by CM/ECF or Via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                         By: S/ Ronald E. Stern
                                         Ronald E. Stern, Esq.
                                         Florida Bar No. 10089
                                         THE ADVOCACY LAW FIRM, P.A.
                                         1250 E. Hallandale Beach Blvd.; Suite 503
                                         Hallandale Beach, Florida 33009
                                         Telephone:   (954) 639-7017
                                         Facsimile:   (954) 639-7198
                                         Attorney for Plaintiff, RENZO BARBERI

## **SERVICE LIST:**

BARBERI v. CUTLER BAY, 224, LLC, a Florida Limited Liability Company

CASE NO: 17-cv-21188-JAL

United States District Court, Southern District Of Florida

Shawn L.M. Hairston, Sr, Esq.
Hairston Law, P.A.
2525 Ponce De Leon Blvd.
Suite 300
Coral Gables, FL 33134
Shawn@HairstonLaw.com

**VIA CM/ECF**